[No. 15187-1-II.    Division Two.    February 25, 1994.]

WILLIAM R. GABRIEL, ET AL, *Respondents*, v. PIERCE COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-03505-6, Thomas A. Swayze, Jr., J., entered

June 28, 1991. *Reversed* by unpublished opinion per Alexander, J., concurred in by Morgan, C.J., and Seinfeld, J.